ACCEPTED
11cr00353cr
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
1/9/2018 4:01 PM
SHERRY WILLIAMSON
CLERK

Appellate Docket Number: 11-CR-00352-CR

Appellate Case Style: Style: Raul Ojinaga Reyes

Vs. State of Texas

Companion Case: 11-CR-00353-CR

Companion Case: 11-CR-00354-CR

Companion Case: 11-CR-00355-CR

Companion Case: 11-CR-00356-CR

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS

01/09/18 4:01:38 PM

SHERRY WILLIAMSON
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 11th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Raul | ☒ Lead Attorney |
| Middle Name: Ojinaga | First Name: Lane |
| Last Name: Reyes | Middle Name: Andrew |
| Suffix: | Last Name: Haygood |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Haygood Law Firm |
| | Address 1: 522 North Grant Ave. |
| | Address 2: |
| | City: Odessa |
| | State: Texas    Zip+4: 79761 |
| | Telephone: 432.337.8514   ext. |
| | Fax: 432.225.1062 |
| | Email: lane@haygoodlawfirm.com |
| | SBN: 24066670 |
| | Add Another Appellant/ Attorney |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|

**III.  Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ◯

**IV.  Appellee Attorney(s)**

☒ Lead Attorney

First Name: Hardy

Middle Name: L.

Last Name: Wilkerson

Suffix:

☐ Appointed        ☒ District/County Attorney

☐ Retained        ☐ Public Defender

Firm Name: 118th District Attorney's Office

Address 1: 312 Scurry

Address 2: PO Drawer 149

City: Big Spring

State: Texas            Zip+4: 79721

Telephone: 432.264.2220        ext.

Fax: 432.264.2222

Email: hardy.wilkerson@howardcountytx.com

SBN: 21479200

Add Another Appellee/ Attorney

**V.  Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: December 6, 2017

Offense charged: Agg Assault Pub. Svnt. 5x

Date of offense: December 27, 2016

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 27, 2017

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 years TDCJ

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

**VI.  Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☐ No        If yes, date filed:

If other, please specify:

**VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☐ Yes  ☐ No  ☒ NA    If yes, date filed:

Date of hearing:        ☒ NA

Date of order:        ☒ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☒ NA    If  granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 118th District Court

County: Howard

Trial Court Docket Number (Cause no): 14988-14992

Trial Court Judge (who tried or disposed of the case):

First Name: Timothy

Middle Name: D.

Last Name: Yeats

Suffix:

Address 1: 312 Scurry

Address 2: PO Box 528

City: Big Spring

State: Texas        Zip + 4: 79721

Telephone: 432.265.2225        ext.

Fax: 432.264.2256

Email: tim.yeats@howardcountytx.gov

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes   ☐ No

If yes, date requested: Jan 9, 2018

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes   ☐ No

Was reporter's record requested?   ☒ Yes   ☐ No

Was the reporter's record electronically recorded?   ☐ Yes   ☒ No

If yes, date requested: Jan 9, 2018

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes   ☐ No   ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Karen

Middle Name:

Last Name: Freeman

Suffix:

Address 1: 312 Scurry

Address 2:

City: Big Spring

State: Texas        Zip + 4: 79721

Telephone: 432.264.2225        ext.

Fax: 432.264.2256

Email: karen.freeman@howardcountytx.gov

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]     Court: [                    ]

Style: [                                        ]

       Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)               Date: January 9, 2018

Lane A. Haygood

                                        State Bar No: 24066670

Printed Name:

Electronic Signature: /s/ Lane Haygood        Name: Lane A. Haygood
       (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on January 9, 2018 .

Signature of counsel (or pro se party)       Electronic Signature: /s/ Lane Haygood
                                           (Optional)

                                     State Bar No.: 24066670

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

              (1) the date and manner of service;
              (2) the name and address of each person served, and
              (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 9, 2018

Manner Served: eServe

First Name: Hardy

Middle Name:

Last Name: Wilkerson

Suffix:

Law Firm Name: 118th District Attorney

Address 1: 312 Scurry

Address 2:

City: Big Spring

State Texas     Zip+4: 79721

Telephone: 432.264.2220     ext.

Fax: 432.264.2222

Email: hardy.wilkerson@howardcountytx.gov